| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ALEXIS I TORRES Esq. SBN 185543<br>510 W 6TH ST<br>SUITE 314<br>LOS ANGELES, CA 90014 <br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* SAAD ELDIN FATHI | **FILED**<br>JUN 16 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:    SAAD ELDIN FATHI | CHAPTER: 13 |
|---|---|
| | CASE NO.: 1:10-BK-14081 |
| Debtor(s) | DATE:  6/17/10<br>TIME:  9:30 AM<br>CTRM:  303<br>FLOOR: 3RD |

**RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION
THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT
(MOVANT:  JP MORGAN CHASE BANK, NA                )**

**(RESPONDENT: ☒ Debtor   ☐ Trustee   ☐ Other: _____)**

> ***GENERAL NOTE:*** *A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response and supporting declaration(s) and other admissible evidence must be filed with the Court and served pursuant to the Local Bankruptcy Rules.*

1.  ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

> ***NOTE:*** *If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.*

2.  ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay.  Respondent requests that no lock out, foreclosure, or repossession shall take place before *(specify date):*

The reason for this request is *(specify):*

*(Continued on next page)*

---

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-1M.RES**

Response to Motion for Relief from Stay - *Page 2 of* ____      **F 4001-1M.RES**

| In re<br>SAAD ELDIN FATHI | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.:  1:10-BK-14081 |

3. ☒ **OPPOSITION -- APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

   a.  Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

      ☒ The value of the Property is $ 85,000.00 _____, based upon (*specify*):

      ☒ Total amount of debt (loans) on the Property is $ 118,661.10 _____.

      ☐ More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

      ☒ The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit 1 _____.

      ☒ The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit 2 _____.

      ☐ The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

      ☐ Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

      ☐ Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

      ☒ Service of the Motion:  ☒ Not all parties were served    ☐ Insufficient notice of the hearing

      ☐ Incorrect address used for (*specify*) _____

      ☐ Other (*specify*):

   b.  Respondent asserts:

      ☐ Case has been converted from Chapter _____ to Chapter _____.

      ☐ All postpetition arrears will be cured by the hearing date.

      ☐ The Debtor has equity in the Property in the amount of $_____.

      ☐ Movant has an equity cushion of $_____ which is sufficient to provide adequate protection.

      ☒ The Property is necessary for an effective reorganization because (*specify reasons why*):
        THE CHAPTER 13 PLAN INCLUDES THE PAYMENT OF THE ARREAS

      ☒ The Motion should be denied because (*specify*):
        - MOVANT FAIL TO PROVIDE PROOF THAT THEIR INTEREST IN THE PROPERTY IS NOT SECURE BY THE COLLATERAL.

*(Continued on next page)*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.RES**

Response to Motion for Relief from Stay - *Page 3 of* ____          **F 4001-1M.RES**

| In re SAAD ELDIN FATHI | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 1:10-BK-14081 |

4.   **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

> ***NOTE RE SUPPORTING PAPERS:*** *Declarations in opposition to the Motion **MUST** be attached hereto. Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible. You may attach a Memorandum of Points and Authorities if you desire, but it is not required.*

> ***NOTE RE SERVICE OF RESPONSE AND SUPPORTING PAPERS:*** *Pursuant to the Local Bankruptcy Rules, you must file with the Bankruptcy Court Clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the Bankruptcy Trustee, the United States Trustee, and all other parties to the Motion.*

Pursuant to the Local Bankruptcy Rules, attached hereto are the following papers in support of this Response:

☒ Declaration by Debtor          ☐ Declaration by Debtor's Attorney

☐ Declaration by Trustee          ☐ Declaration by Trustee's Attorney

☐ Declaration by Appraiser          ☐ Memorandum of Points and Authorities *(optional)*

☐ Other *(specify):*

Dated:

Respectfully submitted,

SAAD ELDIN FATHI
*Respondent's Name*

LAW OFFICE OF ALEXIS I. TORRES
*Law Firm Name (if applicable)*

By: *Signature*

Name:   ALEXIS I TORRES
*Attorney for Respondent or Pro Se Respondent*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*          **F 4001-1M.RES**

Declaration of Saad E. Fathi, Debtor

I declare the following under penalty of perjury:

I received the Motion by the movant on Monday, June 7, 2010.

The collateral in question has always been insured, as shown by the attached evidence of insurance.

The collateral is located at my residence in the city of Los Angeles, California.

I sign this on June 16, 2010:

Saad E. Fathi

## California Proof of
## Auto Insurance Card

Allstate Insurance Company
1819 Electric Road SW, Roanoke, VA 24018    NAIC # 19240
**SAAD & JAN FATHI**
**4424 HIGHLAND DR**
**CARLSBAD, CA 92008**
This policy meets the requirements of the applicable California
financial responsibility law(s).

POLICY NUMBER
**914646683 01/20**
EFFECTIVE DATE
**01/20/10**
EXPIRATION DATE
**07/20/10**

YEAR / MAKE / MODEL
05 MERCEDES SL500R
VEHICLE ID NUMBER
WDBSK75F65F090721

*This card must be carried in the vehicle at all times as evidence of insurance*

### If you have an accident or loss:

. Get medical attention if needed.

. Notify the police immediately.

. Obtain names, addresses, phone numbers (work & home) and
license plate numbers of all persons involved including
passengers and witnesses.

. Call 1 800 ALLSTATE ®(1 800 255 7828).
logon to *allstate*.com or contact your Allstate agent
as soon as possible.

    Jeff Adams
    (714) 505 2457
    4860 Irvine Bl #206
    Irvine CA 92620

## California Proof of
## Auto Insurance Card

Allstate Insurance Company
1819 Electric Road SW, Roanoke, VA 24018    NAIC # 19240
**SAAD & JAN FATHI**
**4424 HIGHLAND DR**
**CARLSBAD, CA 92008**
This policy meets the requirements of the applicable California
financial responsibility law(s).

POLICY NUMBER
**914654912 01/20**
EFFECTIVE DATE
**01/20/10**
EXPIRATION DATE
**07/20/10**

YEAR / MAKE / MODEL
07 CHEVY AVALANCHE
VEHICLE ID NUMBER
3GNEC12J97G301453

*This card must be carried in the vehicle at all times as evidence of insurance*

### If you have an accident or loss:

. Get medical attention if needed.

. Notify the police immediately.

. Obtain names, addresses, phone numbers (work & home) and
license plate numbers of all persons involved including
passengers and witnesses.

. Call 1 800 ALLSTATE ®(1 800 255 7828),
logon to *allstate*.com or contact your Allstate agent
as soon as possible.

    Jeff Adams
    (714) 505 2457
    4860 Irvine Bl #206
    Irvine CA 92620

## California Proof of
## Auto Insurance Card

Allstate Insurance Company
1819 Electric Road SW, Roanoke, VA 24018    NAIC # 19240
**SAAD & JAN FATHI**
**4424 HIGHLAND DR**
**CARLSBAD, CA 92008**
This policy meets the requirements of the applicable California
financial responsibility law(s).

POLICY NUMBER
**924059410 01/20**
EFFECTIVE DATE
**01/17/10**
EXPIRATION DATE
**07/17/10**

YEAR / MAKE / MODEL
08 ROLLS-ROYCE PHANTOM
VEHICLE ID NUMBER
SCA1S68408UX09136

*This card must be carried in the vehicle at all times as evidence of insurance*

### If you have an accident or loss:

. Get medical attention if needed.

. Notify the police immediately.

. Obtain names, addresses, phone numbers (work & home) and
license plate numbers of all persons involved including
passengers and witnesses.

. Call 1 800 ALLSTATE ®(1 800 255 7828).
logon to *allstate*.com or contact your Allstate agent
as soon as possible.

    Jeff Adams
    (714) 505 2457
    4860 Irvine Bl #206
    Irvine CA 92620

Response to Motion for Relief from Stay - *Page 4 of* ____        **F 4001-1M.RES**

| In re<br>SAAD ELDIN FATHI | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 1:10-BK-14081 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> **510 W. 6th St., #314**
> **Los Angeles, CA 90014**

A true and correct copy of the foregoing document described as ____ **Response to Motion** ____

____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____ **6-16-2010** ____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/15/10 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Geraldine Mund**
**Central Division**
**21041 Burbank Blvd, Woodland Hills, CA 91367**

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/15/10 | ALEXIS i TORRES ESQ | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is OPTIONAL.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                **F 4001-1M.RES**

Response to Motion for Relief from Stay - *Page 5 of* ____     **F 4001-1M.RES**

| In re<br>SAAD ELDIN FATHI | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 1:10-BK-14081 |

## ADDITIONAL SERVICE INFORMATION (if needed):

Debtor
SAAD ELDIN FATHI
4424 HIGHLAND DRIVE
CARLSBAD, CA 92008

Attorney for Debtor
Alexis I. Torres Esq.
510 w 6th St.
Suite 314
Los Angeles, CA 90014


Chapter 13 Trustee
Elizabeth Rojas
15060 Ventura Blvd, suite 240
Sherman Oaks, CA 91403

U.S. Trustee
United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Honorable Geraldine Mund
United States Bankruptcy
Central Division
21041 Burbank Blvd.
Woodland Hills, CA 91367

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 4001-1M.RES**